No. 00–198. LOUISIANA *v.* HADDAD. Sup. Ct. La. Certiorari denied.

No. 00–366. DEGROAT *v.* UNITED STATES; and
No. 00–649. DEGROAT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 211 F. 3d 1270.

No. 00–376. PATTERSON *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 00–393. CITIZENS FOR THE APPROPRIATE PLACEMENT OF TELECOMMUNICATIONS FACILITIES ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.;
No. 00–407. FICHTENBERG *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.;
No. 00–417. WORSHAM *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and
No. 00–427. CELLULAR PHONE TASKFORCE *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 205 F. 3d 82.

No. 00–422. NATIONAL WHISTLEBLOWER CENTER *v.* NUCLEAR REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 00–429. PRUDENTIAL INSURANCE COMPANY OF AMERICA ET AL. *v.* SINTEK. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–448. CAGUAS CENTRAL FEDERAL SAVINGS BANK ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 00–449. BORNEMAN *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–452. BOYAJIAN ET AL. *v.* GATZUNIS ET AL. C. A. 1st Cir. Certiorari denied.

No. 00–458. PUCKETT ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 00–466. UROFSKY ET AL. *v.* GILMORE, GOVERNOR OF VIRGINIA. C. A. 4th Cir. Certiorari denied.